**FILED**
March 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>v.  )<br>  )<br>SALLY EVANS, )<br>  )<br>Defendant. ) | CASE NUMBER: 2:14-mj-00071-DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sally Evans</u>; Case <u>2:14-mj-00071-DAD</u> from custody and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $100,000.00 cosigned by defendant's brother, Andrew Evans

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions; **defendant to be released on 4/4/2014 at 9:00 AM to the custody of Pretrial Services to attend The Effort residential treatment program.**</u>

Issued at <u>Sacramento, CA</u> on <u>3/26/2014</u> at 3:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge