**FILED**
March 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NUMBER: 2:14-mj-00071-DAD |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE |
| )  | OF PERSON IN CUSTODY |
| SALLY EVANS,  ) | |
| Defendant.  ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sally Evans</u>; Case <u>2:14-mj-00071-DAD</u> from custody and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $100,000.00 cosigned by defendant's brother, Andrew Evans

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Supervision/Conditions; **defendant to be released on 4/4/2014 at 9:00 AM to the custody of Pretrial Services to attend The Effort residential treatment program.**</u>

Issued at <u>Sacramento, CA</u> on <u>3/26/2014</u> at 3:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge